IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MASONRY INDUSTRY TRUST ADMINISTRATION, INC., ) ) ) | |
| Plaintiff, ) | Civil Case No. 07-1487-HU |
| ) vs. ) ) | ORDER |
| EXTREME GRANITE, INC., ) ) | |
| Defendant. ) ) | |

KING, Judge:

    The Honorable Dennis Hubel, United States Magistrate Judge, filed Findings and Recommendation on September 17, 2008. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708

Page 1 - ORDER

F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (#21). IT IS HEREBY ORDERED that plaintiff is awarded attorney's fees in the amount of $5,184.00, and costs in the amount of $496.75.

Dated this      21st      day of October, 2008.


　　　　　　　　　　　　　　　　　　　　/s/ Garr M. King
　　　　　　　　　　　　　　　　　　　　Garr M. King
　　　　　　　　　　　　　　　　　　　　United States District Judge